**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

GARY POOLE,

                          Plaintiff,                    **ORDER OF REFERENCE TO**
                                                        **A MAGISTRATE JUDGE**

            -against-
                                                        08 **CIVIL** 6236 (RMB) (MHD)

THE PEOPLE OF NEW YORK,

                          Defendant.

------------------------------------------------------------x

        The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

| | |
|---|---|
| _____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| Specific Non-Dispositive Motion/Dispute:*  _____  ▬▬▬▬▬▬▬  ▬▬▬▬▬▬▬  ▬▬▬▬▬▬▬ | _____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | __X__ Habeas Corpus |
| | _____ Social Security |
| _____ Settlement | _____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All Such Motions: _____ |
| _____ Inquest After Default/Damages Hearing | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2008

---

*    Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
        July 28, 2008



_____
**RICHARD M. BERMAN, U.S.D.J.**